# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | CIVIL ACTION NO: |
| **Plaintiff** | **COMPLAINT** |
| vs. | RE:<br>21 Chadbourne Road, Lewiston, ME 04240 |
| Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards | Mortgage:<br>February 29, 2008<br>Book 7380, Page 23<br>Androscoggin County Registry of Deeds |
| **Defendants** | |

NOW COMES the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Disclosure Statement, Note and Security Agreement executed under seal currently owned and held by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, in which the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards , are the obligor and the total amount owed under the terms of the Disclosure Statement, Note and Security Agreement is One Hundred Twenty-One Thousand Six Hundred Ninety-Six and 10/100 ($121,696.10) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust is a corporation with its principal place of business located at c/o Pretium Mortgage Credit Management, 120 South Sixth Street, #2100, Minneapolis, MN 55402.

5. The Defendant, Angela M. Richards, a/k/a Angela M Harkins, is a resident of Lewiston, County of Androscoggin and State of Maine.

6. The Defendant, Chad J. Richards, is a resident of Lewiston, County of Androscoggin and State of Maine.

## FACTS

7. On September 10, 1998, by virtue of a Warranty Deed from Timothy J McKellick and Mitise J. McKellick, which is recorded in the Androscoggin County Registry of Deeds in **Book 4063, Page 066**, the property situated at 21 Chadbourne Road, City/Town of Lewiston, County of Androscoggin, and State of Maine, was conveyed to Chad J. Richards and Angela M. Harkins, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

8. On February 29, 2008, Defendants, Angela M. Richards, a/k/a Angela M Harkins and Chad J. Richards, executed and delivered to CitiFinancial, Inc. a certain Disclosure Statement, Note and Security Agreement under seal in the amount of $100,991.15. *See* Exhibit B (a true and correct copy of the Disclosure Statement, Note and Security Agreement is attached hereto and incorporated herein).

9. To secure said Disclosure Statement, Note and Security Agreement, on February 29, 2008, Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards executed a Mortgage Deed in favor of CitiFinancial, Inc., securing the property located at 21 Chadbourne Road, Lewiston, ME 04240 which Mortgage Deed is recorded in the Androscoggin County Registry of Deeds in **Book 7380**, **Page 23**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to CitiFinancial Servicing, LLC by virtue of an Assignment of Mortgage dated September 8, 2016 and recorded in the Androscoggin County Registry of Deeds in **Book 9453**, **Page 178**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. The Mortgage was then assigned to Bayview Loan Servicing, LLC a Delaware Limited Liability Company by virtue of an Assignment of Mortgage dated September 8, 2016 and recorded in the Androscoggin County Registry of Deeds in **Book 9453**, **Page 179**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to Koltere Dispositions, LLC by virtue of an Assignment of Mortgage dated September 5, 2019 and recorded in the Androscoggin County Registry of Deeds in **Book 10207**, **Page 252**. *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1 by virtue of an Assignment of Mortgage dated September 5, 2019 and recorded in the Androscoggin County Registry of Deeds in **Book 10228**, **Page 244**. *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. The Mortgage was then assigned to Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust by virtue of an Assignment of Mortgage dated March 20, 2020 and recorded in the Androscoggin County Registry of Deeds in **Book 10385**, **Page 296**. *See* Exhibit H (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

15. On December 3, 2021, the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certified Mail Tracking Numbers (herein after referred to as the "Demand Letter"). *See*

Exhibit I (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

16. The Demand Letter informed the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit I.

17. The Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, failed to cure the default prior to the expiration of the Demand Letter.

18. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the present holder of the Disclosure Statement, Note and Security Agreement pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Disclosure Statement, Note and Security Agreement in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

19. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the lawful holder and owner of the Disclosure Statement, Note and Security Agreement and Mortgage.

20. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Disclosure Statement, Note and Security Agreement and Mortgage were strictly performed.

21. The total debt owed under the Disclosure Statement, Note and Security Agreement and Mortgage as of February 1, 2022 is One Hundred Twenty-One Thousand Six Hundred Ninety-Six and 10/100 ($121,696.10) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $89,736.29 |
| Interest | $21,132.34 |
| Legal Fees | $2,945.53 |
| Escrow Advance | $6,262.61 |
| Deferred Principal Balance | $1,619.33 |
| Grand Total | $121,696.10 |

22. Upon information and belief, the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are presently in possession of the subject property originally secured by the Mortgage.

23. Additionally, if the Defendants have received a Bankruptcy Discharge of this Debt, this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

## COUNT I – FORECLOSURE AND SALE

24. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 23 as if fully set forth herein.

25. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 21 Chadbourne Road, Lewiston, County of Androscoggin, and State of Maine. *See* Exhibit A.

26. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the holder of the Disclosure Statement, Note and Security Agreement referenced in Paragraph 8 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, has the right to foreclosure and sale upon the subject property.

27. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the current owner and investor of the aforesaid Mortgage and Disclosure Statement, Note and Security Agreement.

28. The Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are presently in default on said Mortgage and Disclosure Statement, Note and Security Agreement, having failed to make the monthly payment due August 20, 2019, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Disclosure Statement, Note and Security Agreement.

29. The total debt owed under the Disclosure Statement, Note and Security Agreement and Mortgage as of February 1, 2022 is One Hundred Twenty-One Thousand Six Hundred Ninety-Six and 10/100 ($121,696.10) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $89,736.29 |
| Interest | $21,132.34 |
| Legal Fees | $2,945.53 |
| Escrow Advance | $6,262.61 |
| Deferred Principal Balance | $1,619.33 |
| Grand Total | $121,696.10 |

30. The record established through the Androscoggin County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

31. By virtue of the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

32. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards , on December 3, 2021, evidenced by the Certified Mail Tracking Numbers. *See* Exhibit I.

33. The Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are not in the Military as evidenced by the attached Exhibit J.

34. Additionally, if the Defendants have received a Bankruptcy Discharge of this Debt, this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

## COUNT II – BREACH OF DISCLOSURE STATEMENT, NOTE AND SECURITY AGREEMENT

35. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 34 as if fully set forth herein.

36. On February 29, 2008, the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards , executed under seal and delivered to CitiFinancial, Inc. a certain Disclosure Statement, Note and Security Agreement in the amount of $100,991.15. *See* Exhibit B.

37. The Defendants, Angela M. Richards, a/k/a Angela M Harkins and Chad J. Richards, are in default for failure to properly tender the August 20, 2019 payment and all subsequent payments. *See* Exhibit I.

38. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the proper holder of the Disclosure Statement, Note and Security Agreement and is entitled to enforce the terms and conditions of the Disclosure Statement, Note and Security Agreement due to its breach by the Defendants, Angela M. Richards, a/k/a Angela M Harkins, and Chad J. Richards.

39. The Defendants, Angela M. Richards, a/k/a Angela M Harkins and Chad J. Richards, having failed to comply with the terms of the Disclosure Statement, Note and Security Agreement and Mortgage, are in breach of both the Disclosure Statement, Note and Security Agreement and the Mortgage.

40. The Defendants Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards 's breach is knowing, willful, and continuing.

41. The Defendants Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards 's breach has caused Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

42. The total debt owed under the Disclosure Statement, Note and Security Agreement and Mortgage as of February 1, 2022, if no payments are made, is One Hundred Twenty-One Thousand Six Hundred Ninety-Six and 10/100 ($121,696.10) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $89,736.29 |

| | |
|---|---|
| Interest | $21,132.34 |
| Legal Fees | $2,945.53 |
| Escrow Advance | $6,262.61 |
| Deferred Principal Balance | $1,619.33 |
| Grand Total | $121,696.10 |

43. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

44. Additionally, if the Defendants have received a Bankruptcy Discharge of this Debt, this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

45. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 44 as if fully set forth herein.

46. By executing, under seal, and delivering the Disclosure Statement, Note and Security Agreement, the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, entered into a written contract with CitiFinancial, Inc. who agreed to loan the amount of $100,991.15 to the Defendants. *See* Exhibit B.

47. As part of this contract and transaction, the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

48. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the proper holder of the Disclosure Statement, Note and Security Agreement and successor-in-interest to

CitiFinancial, Inc., and has performed its obligations under the Disclosure Statement, Note and Security Agreement and Mortgage.

49. The Defendants, Angela M. Richards, a/k/a Angela M Harkins and Chad J. Richards, breached the terms of the Disclosure Statement, Note and Security Agreement and Mortgage by failing to properly tender the August 20, 2019 payment and all subsequent payments. *See* Exhibit I.

50. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is the proper holder of the Disclosure Statement, Note and Security Agreement, and is entitled to enforce the terms and conditions of the Disclosure Statement, Note and Security Agreement due to its breach by the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards.

51. The Defendants, Angela M. Richards, a/k/a Angela M Harkins and Chad J. Richards, having failed to comply with the terms of the Disclosure Statement, Note and Security Agreement and Mortgage, are in breach of contract.

52. The Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are indebted to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust in the sum of One Hundred Twenty-One Thousand Six Hundred Ninety-Six and 10/100 ($121,696.10) Dollars, for money lent by the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, to the Defendants.

53. Defendants Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards's breach is knowing, willful, and continuing.

54. Defendants Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards's breach has caused Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not

individually but as trustee for Pretium Mortgage Acquisition Trust, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs. If the Defendants received a Bankruptcy Discharge of this Debt, this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

55. The total debt owed under the Disclosure Statement, Note and Security Agreement and Mortgage as of February 1, 2022, if no payments are made, is One Hundred Twenty-One Thousand Six Hundred Ninety-Six and 10/100 ($121,696.10) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $89,736.29 |
| Interest | $21,132.34 |
| Legal Fees | $2,945.53 |
| Escrow Advance | $6,262.61 |
| Deferred Principal Balance | $1,619.33 |
| Grand Total | $121,696.10 |

56. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

57. Additionally, if the Defendants have received a Bankruptcy Discharge of this Debt, this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

## COUNT IV – QUANTUM MERUIT

58. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 57 as if fully set forth herein.

59. CitiFinancial, Inc., predecessor-in-interest to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, loaned Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, $100,991.15. *See* Exhibit B.

60. The Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are in default for failure to properly tender the August 20, 2019 payment and all subsequent payments. *See* Exhibit I.

61. As a result of the Defendants Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards's failure to perform under the terms of their obligation, the Defendants, should be required to compensate the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. If the Defendants received a Bankruptcy Discharge of this Debt, this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

62. As such, the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is entitled to relief under the doctrine of *quantum meruit*.

63. Additionally, if the Defendants have received a Bankruptcy Discharge of this Debt, this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

## COUNT V –UNJUST ENRICHMENT

64. The Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, repeats and re-alleges paragraphs 1 through 63 as if fully set forth herein.

65. CitiFinancial, Inc., predecessor-in-interest to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, loaned the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, $100,991.15. *See* Exhibit B.

66. The Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, have failed to repay the loan obligation.

67. As a result, the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, have been unjustly enriched to the detriment of the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust as successor-in-interest to CitiFinancial, Inc. by having received the aforesaid benefits and money and not repaying said benefits and money. If the Defendants received a Bankruptcy Discharge of this Debt, this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

68. As such, the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is entitled to relief.

69. Additionally, if the Defendants have received a Bankruptcy Discharge of this Debt, this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, upon the expiration of the period of redemption;

c) Find that the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are in breach of the Disclosure Statement, Note and Security Agreement by failing to make payment due as of August 20, 2019, and all subsequent payments;

d) Find that the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are in breach of the Mortgage by failing to make payment due as of August 20, 2019, and all subsequent payments;

e) Find that the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are in breach of contract by failing to comply with the terms and conditions of the Disclosure Statement, Note and Security Agreement and Mortgage by failing to make the payment due August 20, 2019 and all subsequent payments;

g) Find that the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is entitled to enforce the terms and conditions of the Disclosure Statement, Note and Security Agreement and Mortgage;

h) Find that by virtue of the money retained by the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards have been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, to restitution;

j) Find that the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are liable to the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, for money had and received;

k) Find that the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, are liable to the Plaintiff for quantum meruit;

l) Find that the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, have appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, to continue to appreciate and retain the benefit of the Mortgage, Disclosure Statement, Note and Security Agreement and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, is entitled to restitution for this benefit from the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards;

o) Determine the amount due on said Mortgage and Disclosure Statement, Note and Security Agreement, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendants, Angela M. Richards a/k/a Angela M Harkins and Chad J. Richards, and in favor of the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, in the amount of One Hundred Twenty-One Thousand Six Hundred Ninety-Six and 10/100 ($121,696.10 Dollars, the total debt owed under the Disclosure Statement, Note and Security Agreement plus interest and costs including attorney's fees and costs;

q) Additionally, if the Defendants have received a Bankruptcy Discharge of this Debt, enter an order finding this action <u>does not</u> seek any personal liability on the part of the Defendants, but only seeks *in rem* judgment against the property.

r) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,
By its attorneys,

Dated: April 19, 2022

<u>/s/Reneau J. Longoria, Esq.</u>
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com