Bk 9453 Pg178 #16929
09-16-2016 @ 11:45a

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **CFNA RECEIVABLES (MD), INC. F/K/A CITIFINANCIAL, INC., A MARYLAND CORPORATION, WHOSE ADDRESS IS C/O CITIMORTGAGE, INC., 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **CITIFINANCIAL SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS C/O CITIMORTGAGE, INC., 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368 (800)922-6235, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**.

Said Mortgage is dated 02/29/2008, made by **ANGELA M. HARKINS AKA ANGELA M. RICHARDS AND CHAD J. RICHARDS** to **CITIFINANCIAL, INC.** and recorded on 03/06/2008 in **Book 7380, Page 23 and Doc # 3963**, in the office of the Recorder of **ANDROSCOGGIN** County, **Maine**.

IN WITNESS WHEREOF, this assignment was executed on __9 / 8__ /2016 (MM/DD/YYYY).
CFNA RECEIVABLES (MD), INC. F/K/A CITIFINANCIAL, INC., A MARYLAND CORPORATION

By: _____
Susan Schotsch
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on __9 / 8__ /2016 (MM/DD/YYYY), by Susan Schotsch as VICE PRESIDENT of CFNA RECEIVABLES (MD), INC. F/K/A CITIFINANCIAL, INC., A MARYLAND CORPORATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Nicole Baldwin
Notary Public - State of FLORIDA
Commission expires: 08/05/2020

NICOLE BALDWIN
Notary Public - State of Florida
My Comm. Expires August 5, 2020
Commission # GG004850

**Instrument Prepared By:** E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: CitiFinancial Servicing, LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683


EXHIBIT D

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS