Recording Requested By:
ESLOAN SOTOLONGO

When Recorded Mail To:
Westcor Investor Services
600 West Germantown Pike
Suite 450
Plymouth Meeting, PA, 19462

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/ANDROSCOGGIN

Assignment Prepared on: September 02, 2019

**Assignor:** BAYVIEW LOAN SERVICING, LLC, at 4425 PONCE DE LEON BLVD., SUITE #500, CORAL GABLES, FL, 33146

**Assignee:** Koitere Dispositions, LLC, at 4425 PONCE DE LEON BLVD., SUITE #500, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 2/29/2008, in the amount of $100,991.15, executed by ANGELA M HARKINS AND CHAD J RICHARDS to CITIFINANCIAL, INC. and Recorded: 3/6/2008, Instrument #: 3963, Book: 7380, Page: 23 in ANDROSCOGGIN County, State of MAINE.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

BAYVIEW LOAN SERVICING, LLC

On: September 05, 2019

By: _____
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On September 05, 2019, before me, ROGELIO A. PORTAL, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW LOAN SERVICING, LLC, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

ROGELIO A. PORTAL
Notary Expires 8/25/2020 / #: FF 993630

ROGELIO A. PORTAL
Notary Public-State of Florida
Commission # FF 993630
My Commission Expires
August 25, 2020

ME/ANDROSCOGGIN

**EXHIBIT F**