UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust**<br><br>**Plaintiff**<br><br>vs.<br><br>**Angela M. Richards and Chad J. Richards**<br><br>**Defendants** | Case No. 2:22-cv-00105-LEW |

## JUDGMENT OF FORECLOSURE AND SALE

21 Chadbourne Road, Lewiston
Book: 7380, Page 23

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on June 13, 2023. Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, was present and represented by Reneau J. Longoria, Esq. Defendant, Chad J. Richards, did not appear. Defendant, Angela M. Richards, consented to Judgment of Foreclosure and Sale on March 13, 2023.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Wilmington Savings") the amount adjudged due and owing ($144,329.56) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Wilmington Savings shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the amount due and owing:

   | Description | Amount |
   |---|---|
   | Principal Balance | $89,736.29 |
   | Deferred Principle Balance | $1,619.33 |
   | Interest | $33,391.39 |
   | Escrow Advance | $10,009.54 |
   | Corporate Advance | $9,573.01 |
   | **Grand Total** | **$144,329.56** |

2. If the Defendants or their heirs or assigns do not pay Wilmington Savings the amount adjudged due and owing ($144,329.56) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, their remaining rights to possession of the Lewiston Property shall terminate, and Wilmington Savings shall conduct a public sale of the Lewiston Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $144,329.56 after deducting the expenses of the sale, with any surplus to the Defendants or the heirs or assigns, in accordance with 14 M.R.S. § 6324.  Wilmington Savings <u>may not</u> seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, Wilmington Savings may

reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5   The amount due and owing is $144,329.56.

6. Defendant, Angela M. Richards, Consented to Judgment of Foreclosure and Sale on March 13, 2023

6   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust has first priority, in the amount of $144,329.56, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants who have second priority.

7. The prejudgment interest rate is 9.99600%, *see* 14 M.R.S. § 1602-B (West 2022), and the post-judgment interest rate is 10.73%, pursuant to 14 M.R.S. § 1602-C (West 2022) (The one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue, 4.73% plus 6% for a total post-judgment interest rate of 10.73%).

8. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>c/o Pretium Mortgage Credit Management, 120 South Sixth Street, #2100<br>Minneapolis, MN 55402 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANTS | Angela M. Richards<br>21 Chadbourne Road<br>Lewiston, ME 04240 | Paul R. Dionne, Esq.<br>465 Maine Street, Suite 201<br>Lewiston, ME 04240 |
|  | Chad J. Richards<br>21 Chadbourne Road<br>Lewiston, ME 04240 | Pro Se |

a) The docket number of this case is No. 2:22-cv-00105-LEW.

b) The Defendants, the only parties to these proceedings besides Wilmington Savings, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 21 Chadbourne Road, Lewiston, ME 04240, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 21 Chadbourne Road, Lewiston, ME 04240.  The Mortgage was executed by the Defendants, Angela M. Richards and Chad J. Richards on February 29, 2008.  The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 7380, Page 23.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 21 Chadbourne

Road, Lewiston, ME 04240.

**SO ORDERED.**

Dated this 15th day of June, 2023.

                                              /s/ Lance E. Walker
                                          UNITED STATES DISTRICT JUDGE